(September 10, 1984)

■ In the Matter of ANNIE JOHNSON et al., Petitioners, v ROBERT S. BLACK et al., Constituting the Board of Elections of the County of New York, Respondent. — Oral application for leave to intervene is granted, without costs or disbursements, and the stipulation dated September 10, 1984 and the order of the Supreme Court, New York County, entered on September 10, 1984 (Edward R. Dudley, J.), are vacated for lack of due process notice and the matter returned to the Board of Elections for further proceedings. Concur — Kupferman, J. P., Fein and Kassal, JJ.

Silverman, J., dissents and would dismiss the appeal for lack of an appealable order.

(September 13, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL WILLIAM RIVERS, Appellant. — Judgment, Supreme Court, Bronx County (Manuel Ramos, J., at trial and sentence; Jerome Reinstein, J., at suppression hearing), rendered on November 12, 1982, unanimously modified to reduce the sentence imposed upon defendant's conviction of criminal possession of a weapon in the third degree, a class D felony, to 2⅓ to 7 years, and said judgment is otherwise affirmed. The sentence imposed upon defendant's conviction of criminal possession of a weapon in the third degree, a class D felony, exceeded the statutory maximum (Penal Law, § 70.00, subd 2, par [d]) and hence is reduced to that maximum. No opinion. Concur — Murphy, P. J., Kupferman, Asch, Silverman and Fein, JJ.